IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

    **vs.**                                                                 No. 11-CR-30070-DRH

**KEVIN YOUNG,**

**Defendant.**

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is defendant Kevin Young's motion to reinstate bond (Doc. 27). On May 10, 2011, the Court entered an order setting conditions of release (Doc. 14) and defendant was released on bond. The government then filed a motion for a competency determination and the Court granted that motion, entering an order committing defendant to the custody of the Attorney General so that an examination could be conducted. That examination is now complete and defendant has been returned to the Southern District of Illinois and is being housed at the White County jail. Accordingly, defendant requests that the defendant's bond be reinstated with all original conditions. The government does not object. The Court being fully advised, and there being no objection, grants the motion (Doc. 27) reinstating defendant's

bond of $10,000 unsecured with all original conditions. Defendant is to be released on bond in East St. Louis, Illinois.

**IT IS SO ORDERED.**

Signed this 26th day of August 2011.

Digitally signed by David R. Herndon
Date: 2011.08.26 15:17:24 -05'00'

**Chief Judge**
**United States District Court**